NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COGNIPOWER, LLC,**

*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendants-Appellees*

---

2026-1559

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00160-JRG-RSP, Judge J. Rodney Gilstrap.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        CogniPower, LLC v. Samsung Electronics Co., Ltd.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 3, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 3, 2026